```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   MICHAEL DUKE REEVES, DREAMDUKE           :
   ENTERPRISE, LLC,                         :
                                            :
                           Plaintiff,       :
                                            :                19-CV-10210 (VSB)
                 -against-                  :
                                            :                      ORDER
   SAFEGUARD PROPERTIES, et al.,            :
                                            :
                           Defendants.      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2020

VERNON S. BRODERICK, United States District Judge:

On October 31, 2020, pro se Plaintiff Michael Duke Reeves and Dreamduke Enterprise, LLC, filed this action against Defendants Safeguard Properties, Robert Klein, Alan Jaffa, Tim Rath, Bank of America, The Bank of New York, Wells Fargo, Caliber Home Loans, Sue Barone, U.S. Bank Trust, and Bank of New York Mellon Corporation. (Doc. 2.) Plaintiffs failed to obtain a summons. On June 23, 2020, I issued an Order directing Plaintiffs to "submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m)." (Doc. 7). Plaintiffs were "warned that failure to submit a letter and to demonstrate good cause for failure to serve Defendants within ninety days after the complaint was filed will result in dismissal of this action." (*Id.*) To date, Plaintiffs have failed to issue a summons, file a letter, or indicate in any other way their intention to prosecute this case. Accordingly, it is hereby:

ORDERED that the Plaintiffs' Complaint is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk's Office is respectfully directed to send a copy of this Order to the pro se plaintiff, and terminate the motions at Documents 8, 9, and 11.

SO ORDERED.

Dated:  August 18, 2020
        New York, New York

_____
Vernon S. Broderick
United States District Judge